IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBAREO GONZALEZ,              )<br>                                                 )<br>         Plaintiff(s),                       )<br>                                                 )<br>    v.                                           )<br>                                                 )<br>DR. FRIEDERICH,                       )<br>                                                 )<br>         Defendant(s).                   )<br>_____) | No. C 05-0902 CRB (PR)<br><br>ORDER<br><br>(Doc # 15) |

     Good cause shown, defendant's motion (doc # 15) for an extension of time to file a motion to dismiss is GRANTED. Defendant shall file a motion to dismiss (or other dispositive motion) by no later than November 30, 2005.

     No further extensions of time will be granted.

SO ORDERED.

DATED: November 2, 2005

                                          CHARLES R. BREYER<br>                                          United States District Judge