IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEOBAREO GONZALEZ, | ) | |
| Plaintiff(s), | ) | No. C 05-0902 CRB (PR) |
| v. | ) | ORDER OF DISMISSAL |
| DR. FRIEDERICH, | ) | (Docs # 17 & 21) |
| Defendant(s). | ) | |

On November 14, 2005, defendant filed a motion to dismiss for failure to prosecute under Federal Rule of Civil Procedure 41(b) alleging that plaintiff was deported to Mexico on May 19, 2005 and that discovery served at his last known address has not been answered.

On November 16, 2005, the court ordered plaintiff to show cause, within 20 days, why this action should not be dismissed for failure to prosecute under Rule 41(b). It also warned plaintiff that failure to respond to the order would result in the dismissal of this action.

More that 25 days have elapsed; however, plaintiff has not responded to the court's order to show cause, or sought an extension of time to do so. The action is DISMISSED without prejudice. See Fed. R. Civ. P. 41(b).

The clerk shall enter judgment in accordance with this order, terminate all pending motions (see, e.g., docs # 17 & 21) as moot, and close the file.

SO ORDERED.

DATED: December 13, 2005

CHARLES R. BREYER
United States District Judge